**FILED**
JUL 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
For the District of Columbia

Timothy Mark Robinson
F.C.I. Oakdale
Oakdale, La. 71463
Reg.# 22601-001
OAKDALE, LA, 71463

VS.     CIVIL NO. ___

UNITED STATES DISTRICT COURT
OF ALABAMA
1729 Fifth Ave. North
Birmingham, AL. 35203

Case: 1:07-cv-01237
Assigned To : Unassigned
Assign. Date : 7/10/2007
Description: Habeas Corpus/2255

Habeas Corpus
**COMPLAINT**

Comes now, __Timothy Mark Robinson__, in Complaint against The UNITED STATES-DISTRICT COURT OF ALABAMA; for the improper jurisdiction, in violation of Article I, sec.8-cl3, & Article III, sec.2-cl.1. THE DISTRICT COURT OF ALABAMA was not authorized by congress to practice the federal rule of criminal procedure during the enact of the court. Petitioner ask of this court to the release of unlawful restraint, conviction held by the above mentioned court. Petitioner in complaint ask the appeal court to remand and vacate.

Respectfully Submitted,

_Timothy Mark Robinson_
Timothy Mark Robinson
F.C.I. Oakdale
Oakdale, La. 71463

_Jary 6/15/07_
Willie Larry, Notary Public
# 053496
Allen Parish, Louisiana
My commission is for life.

RECEIVED
JUN 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1