FILED
JUL 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| TIMOTHY MARK ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07 1237 |
| ) | |
| UNITED STATED DISTRICT COURT ) | |
| OF ALABAMA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on review of a *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is incarcerated at the Federal Correctional Institution in Oakdale, Louisiana. His complaint requests that his conviction from the United States District in Birmingham, Alabama be vacated.

A federal prisoner who makes a collateral challenge to his conviction or sentence must file a motion pursuant to § 2255. *Pradeski v. Hawk-Sawyer*, 36 F. Supp. 2d 1, 2 (D.D.C. 1999). Such a motion must be made in the sentencing court. *Moore v. Smith*, No. 06-5078, 2006 WL 2036816, at *1 (D.C.Cir. July 6, 2006); *Simmons v. Beshouri*, No. 06-380, 2006 WL 751335, at *1 (D.D.C. Mar. 23, 2006). This Court is without jurisdiction to consider plaintiff's claim. Accordingly, it is hereby

ORDERED that the case is TRANSFERRED to the United States District Court for the Northern District of Alabama. Whether plaintiff should be allowed to proceed *in forma*

*pauperis* is a matter to be determined by the transferee court.

/s/ Henry Kennedy
United States District Judge

DATE: 6/29/07